UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal No. 08CR2967JM |
| )                                                            | |
| Plaintiff,                           ) | |
| )                                                            | ORDER GRANTING JOINT MOTION TO CONTINUE |
| v.                                    ) | SENTENCING HEARING  [Docket No. 42] |
| )                                                            | |
| ELVIN SANCHEZ-DIAZ and     ) | |
| JULIO GARCIA-GARCIA         ) | |
| )                                                            | |
| Defendants.                     ) | |
| )                                                            | |

Upon the joint motion of the parties (Docket No. 42) and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing in this matter be continued from January 16, 2009 at 9:00 a.m., to *February 13, 2009 at 9:00 a.m.* The Court finds that there is excludable time under the Speedy Trial Act until the acceptance of the plea.

DATED: January 14, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge